■ In the Matter of the BOARD OF EDUCATION OF GREENBURGH CENTRAL SCHOOL DISTRICT No. 7, Respondent, v GREENBURGH TEACHERS' FEDERATION, LOCAL 1788 OF THE AMERICAN FEDERATION OF TEACHERS, AFL-CIO, Appellant.—In a proceeding pursuant to CPLR article 75 to stay arbitration, the appeal is from an order of the Supreme Court, Westchester County, entered July 31, 1975, which granted the application. Order affirmed, without costs or disbursements. Appellant's complaint is not a "grievance" as that word is defined in the collective bargaining agreement. It is therefore not subject to arbitration. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.